UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KARL CORNELIOUS COTTON,

     Petitioner,

                                 Case No. 2:16-cv-114

v.

                                 HONORABLE PAUL L. MALONEY

DUNCAN MACLAREN,

     Respondent.

_____/

## JUDGMENT

     In accordance with the Order entered this date:

     **IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against

Petitioner.

Dated:  March 13, 2019                    /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge